Nancy Lord, MD
Nev Bar No. 6697
1970 N. Leslie Rd., No. 220
Pahrump, NV 89060
775-751-3636
*Attorney for Defendant*
nancylordltd@gmail.com

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) CRIMINAL CASE |
| Plaintiff | ) |
| | ) |
| vs. | ) 2:11-cr-00052-RLH |
| | ) |
| **MICHAEL McAULIFFE** | ) STIPULATION AND |
| | ) PROPOSED ORDER |
| Defendant | ) |

STIPULATION

WHEREAS UNITED STATES, PLAINTIFF, AND MICHAEL McAULIFFE, DEFENDANT, have reached agreement as follows:

NOW, THEREFORE, IT IS STIPULATED by and between parties hereto, through their designated counsel that DEFENDANT's sentencing is to be postponed until August 12, 2011 at 9:30 am in the Court of Hon. Roger L. Hunt.

The reason for this stipulation is because Mr. Dennis Roberts is to substitute as lead counsel and will be out of the

/

/

1

country until mid-July.  The Defendant thanks the Court for his courtesy in agreement to the later date.

Dated this 2nd day of June, 2011.

        Respectfully submitted,

        NANCY LORD, LTD.

        S/nancylord/s

        _____
        Nancy Lord, M.D., Esq.
        Nevada Bar No. 6697
        Attorney for Plaintiff

        US ATTORNEYS OFFICE, LAS VEGAS, NV

        S/Bradley Giles/s [NL, permission by em]

        _____
        Bradley Giles
        Attorney for Plaintiff

Prepared by:

Nancy Lord
1970 N. Leslie Rd., No. 220
Pahrump, NV 89060
775-751-3636
Attorney for Plaintiffs

2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | |
| ) | CRIMINAL CASE |
| Plaintiff          ) | |
| ) | |
| vs.                             ) | 2:11-cr-00052-RLH |
| ) | |
| MICHAEL McAULIFFE               ) | STIPULATION AND |
| ) | PROPOSED ORDER |
| Defendant         ) | |

Having reviewed the accepted and filed STIPULATION and good cause appearing therefore,

IT IS HEREBY ORDERED THAT, the time for sentencing is to be continued until August 12, 2011, at 1:30 p.m., Courtroom 6C.

IT IS SO ORDERED.

DONE and ORDERED this 6th day of June, 2011 in Chambers at the U.S. District Court, Las Vegas, Nevada.

By: _____
Roger L. Hunt
Chief U.S. District Court Judge

Signed: June 6, 2011.

Prepared by:
Nancy Lord, MD
Nev Bar No. 6697
1970 N. Leslie Rd., No. 220
Pahrump, NV 89060
775-751-3636
Attorney for Plaintiff

3